JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY MORRISON,<br><br>  Plaintiff,<br><br>  v.<br><br>GAVIN JARRETT; MIDWAY CAR RENTAL; DOES 1 through 99, inclusive<br><br>  Defendants. | Case No.: 2:16-CV-06975-AB-E<br><br>Assigned to Hon. Andre Birotte, Jr.<br>Magistrate Judge: Hon. Charles F. Rick<br><br>**[PROPOSED] ORDER RE: STIPULATION TO DISMISS THE CASE, IN THE ENTIRETY, WITH PREJUDICE PURSUANT TO FRCP RULE 41(A)** |

Pursuant to the parties "Stipulation to Dismiss the Case, in the Entirety, with Prejudice", and good cause appearing therefore, IT IS HEREBY ORDERED that the above referenced action be and hereby is dismissed in its entirety with prejudice, with each side to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: _December 6, 2016_____     By:_____
　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE: STIPULATION TO DISMISS CASE PURSUANT TO FRCP 41(A)(1)

2632843v.1